IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DOOLEY KENT, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, TA1, LLC, Investment Consulting LLC, and Prico Market LLC<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BYDALEK and CREDIT THE AMERICAS LP and FX ALGO LLC and HURRICANE HOLDINGS, INC. and M3 MEDIA GROUP, INC.,<br><br>Defendants. | Civil Action<br><br>No. 2:22-cv-01811<br><br>Motion Day: Feb. 6, 2023 |

## ORDER APPROVING SETTLEMENT RESOLVING THE RECEIVER'S CLAIMS AGAINST DEFENDANTS

**THIS MATTER** having come before this Court upon the Motion of Receiver, Kevin Dooley Kent, Esquire, to Approve a Settlement Resolving the Receiver's Claims Against Defendants;

It is on this 18 day of _____, 2023, **ORDERED** that the Receiver's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Receiver may resolve and settle his claims against Jeffrey Bydalek, Credit the Americas, LP, FX Algo, LLC, Hurricane Holdings, Inc., and M3 Media Group, Inc. pursuant to the terms set forth in the Declaration and

Settlement and Release Agreement attached to the Motion, which have been filed under seal, and that the settlement funds may be disbursed, including payment of attorneys' fees and expenses, in accordance with this Court's January 27, 2022 and February 22, 2022 Orders Approving the Receiver's Second and Third Motions for Permission to Initiate Litigation on Behalf of the Receivership Estate entered in *SEC v. Smith, et al.*, C.A. No. 2:19-cv-17213 (MCA) (DNJ) (ECF No. 161 and 167, respectively).

**BY THE COURT:**

_____ J.
Hon. Madeline Cox Arleo
U.S. District Judge